IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JERYME MORGAN,

    Plaintiff,

v.

RANDY PFISTER, et al.,

    Defendants.

Case No. 1:21-cv-01767

Judge Matthew F. Kennelly

### JOINT STATUS REPORT
### REGARDING STATUS OF SERVICE

Per the Court's November 28, 2023, Order [ECF 73], Plaintiff Jeryme Morgan ("Plaintiff"), by recruited counsel Stephen McMullen and Defendant Wexford Health Sources, Inc. ("Defendant Wexford"), by counsel Bryan R. Findley of CASSIDAY SCHADE, LLP, respectfully inform the Court as follows:

1. Following the parties' status conference on November 28, 2023, the Court directed Defendant Wexford to cooperate with plaintiff's counsel to ascertain addresses for the remaining individual defendants alleged to have previously been employed by Defendant Wexford.

2. Counsel for Defendant Wexford provided to Plaintiff's counsel the last known addresses for Wendy Dybas and Angelina Razo. Counsel for Plaintiff intends to submit alias summons and thereafter to attempt to effect personal service on them.

3. Defendant Wexford, however, was unable to confirm the identify of proposed defendant "Nurse Lori." According to Defendant Wexford's records, there may be approximately 8 individuals who are either named or could use as a nickname "Lori."

4. By way of additional update, Plaintiff, through counsel, has issued a global settlement demand. Counsel for Defendant Wexford has submitted same for consideration.

5. Lastly, Defendant Wexford intends to move for a limited order permitting preliminary discovery into the matters of Plaintiff's medical and other correctional records so as to attempt to efficiently move this matter forward.

Respectfully submitted,

| | |
|---|---|
| JERYME MORGAN, | WEXFORD HEALTH SOURCES, INC., |
| By */s/Stephen J. McMullen* (with permission) | By  */s/ Bryan R. Findley*  <br>    One of Its Attorneys |
| Stepehen J. McMullen<br>1525 E. 53rd Street<br>Ste. 474<br>Chicago, IL 60615<br>(312) 404-6712<br>macattacklaw@gmail.com | Matthew H. Weller<br>Bryan R. Findley<br>CASSIDAY SCHADE LLP<br>222 W. Adams Street<br>Suite 2900<br>Chicago, IL 60606<br>(312) 641-3100<br>mweller@cassiday.com<br>bfindley@cassiday.com |

Dated: January 5, 2024