**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Jeryme Morgan, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case no. 21-cv-1767 |
| | ) | |
| v. | ) | |
| | ) | Honorable Matthew F. Kennelly |
| Randy Pfister, *et al*., | ) | |
| | ) | |
| Defendants. | ) | |

**<u>Joint Status Report – December 16, 2024</u>**

Now Comes Plaintiff, Jeryme Morgan, by and through his attorney, Stephen Jay McMullen, and Wexford Health Sources, Inc. and Nurse Wendy, by and though their attorneys, Matthew H. Weller and Bryan R Findley of Cassiday Schade LLP, and Defendants, Pfister, T. Chronister, and Juarez, by and through their attorney, Manasseh Konadu, Assistant Attorney General, pursuant to the Court's October 25, 2024, order, [ECF 112], as further addressed by the Court's subsequent December 13, 2024, order, [ECF 117], and further revised by the Court's December 14, 2024, order, [ECF 118], and hereby submit their Joint Status Report, stating as follows: ,

1.  Written discovery has concluded.  Plaintiff's counsel has evinced a desire to issue brief, supplemental written requests, based on responses by correctional defendants to Plaintiff's written discovery, elaborating upon correctional defendants' prior written responses.  Said requests are being issued forthwith.

2.  Parties have identified January 22, 23, or 24, 2025, with which to hold Plaintiff's remote deposition, subject to facility availability.  Parties are awaiting facility confirmation and expect same is forthcoming.

3.     Plaintiff intends to take one deposition of one of the correctional defendants and/or a corporate representative of the Illinois Department of Correction.  Plaintiff's counsel confirms same will be noticed for a period between mid-January 2025 and end of March 2025, with same to have been performed prior to fact discovery deadline of March 31, 2025, per [ECF 96].

4.     As of the date of this report, the Parties do not expect to take any further depositions in this matter.

Dated: December 16, 2024,                          Respectfully submitted,


JERYME MORGAN                                      WEXFORD HEALTH SOURCES,INC,.

By /s/ Stephen J. McMullen (with permission)       By /s/ Bryan R. Findley_____

Stephen J. McMullen                                Matthew H. Weller
1525 E. 53rd Street                                Bryan R. Findley
Ste. 474                                           CASSIDAY SCHADE LLP
Chicago, IL 60615                                  222 W. Adams Street
(312) 404 – 6712                                   Suite 2900
Macattacklaw@gmail.com                             Chicago, IL 60606
                                                   (312) 641-3100
                                                   mweller@cassiday.com
                                                   bfindley@cassiday.com


KWAME RAOUL
Attorney General of Illinois              By:     /s/ Manasseh Konadu (with permission)
                                                  MANASSEH KONADU
                                                  Assistant Attorney General
                                                  General Law Bureau
                                                  115 S. LaSalle Street
                                                  Chicago, Illinois 60603
                                                  (312) 405-9428
                                                  Manasseh.Konadu@ilag.gov

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 16th day of December 2024, a true and accurate copy of the foregoing document was filed with the Clerk of the Court using the CM/ECF system and served upon all parties of record.

/s/ *Bryan R. Findley*